STATE OF NEBRASKA, APPELLEE, v. WAYNE DETWEILER, APPELLANT.
214 N. W. 2d 14

Filed December 21, 1973. No. 39111.

T. Clement Gaughan and Richard L. Goos, for appellant.

Clarence A. H. Meyer, Attorney General, and Harold Mosher, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

NEWTON, J.

Defendant, while an inmate of the Penal and Correctional Complex, escaped custody. The offense for which he had been committed represented his fifth felony conviction. On the charge of escaping custody he was sentenced to serve 1 year to run consecutive to the sentence he was then serving.

He maintains the sentence is excessive.

State v. Williams, 187 Neb. 708, 193 N. W. 2d 570, is determinative of the issue. See Rule 20.

AFFIRMED.